UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX CASTRO, *on behalf of himself and all others similarly situated*,

                               Plaintiff,

-v-

SOLE SPORTS, INC.,

                               Defendant.

23-CV-7856 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       This action was filed on September 5, 2023.  (ECF No. 1.)  Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within ninety days after the complaint is filed.

       Plaintiff is directed to advise the Court in writing why he has failed to serve the summons and complaint on Defendant within the ninety-day period, or, if Defendant has been served, when and in what manner such service was made.  If no written communication is received by January 2, 2024, showing good cause why such service was not made within ninety days, the Court will dismiss the case.

       SO ORDERED.

Dated: December 19, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge